```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06276
   NAOMI SIBERT
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9067
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/07/07 .

   2.  The case was dismissed without confirmation, 10/05/2007.

   3.  The Debtor paid a total of $    632.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMER PORTFOLIO SERVI | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAS FINANCIAL CHOIC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| PCS HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | .00 | .00 | 50.00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 50.00 | .00 | .00 | .00 | 50.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 50.00 | .00 | .00 | .00 | 50.00 |

The Debtor's attorney, MICHAEL B DEDIO                , was allowed $       .00
and was paid $       .00 .

The Trustee received $      2.36 .

Refunds to the Debtor totaled $    579.64 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/14/07                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 06276 NAOMI SIBERT
```